MORRIS GOLDBERG, Appellant, v. YANKEE TAXI CORPORATION, Respondent.— Action on a promissory note made by defendant to the order of plaintiff. Judgment in favor of defendant after trial at Trial Term, a jury having been waived, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and grant judgment for plaintiff.

JAMES JACKSON, Respondent, v. GEORGE C. APOSTLE, Also Known as GEORGE C. APOSTOLOPOULOS, Appellant.— Order denying defendant's motion for judgment dismissing the amended complaint on the ground that it fails to state facts sufficient to constitute a cause of action, or in the alternative, for an order requiring plaintiff to correct the amended complaint on the ground that causes of action alleged in said amended complaint are improperly united, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL EIZIKOWITZ, Appellant.— Judgment convicting defendant of a violation of section 211 of the Sanitary Code of the City of New York, which section prohibits dense smoke, unanimously reversed and the information dismissed, upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of PETER A. LINDEMANN and Others, Appellants, for an Order of Mandamus against JOHN H. DELANEY and Others, Constituting the Board of Transportation of the City of New York, Respondents.— Petitioners moved for a peremptory order of mandamus directing defendants to reinstate them to their former positions as inspectors of equipment (railroad cars and trucks) in the board of transportation of the "city "of New York. An alternative order was granted to which defendants filed a return, and the issues thereby raised were tried before the court and a jury. The court directed a verdict in favor of defendants. Defendants thereafter moved for a final order dismissing the petition, which motion was granted, and petitioners appealed. Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

JESSE ROBBINS, Respondent, v. THE CITY OF NEW YORK, Appellant.—Action for personal injuries. Judgment entered upon verdict in favor of the plaintiff after trial at Trial Term unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

MARION KAISER, Respondent, v. KEVA SKODNICK and Others, Appellants.— Action for personal injuries. Judgment entered upon verdict in favor of plaintiff after trial at Trial Term, unanimously affirmed, with costs. No opinion. Present —Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.